IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS D. WHITE, | ) | 1:07-CV-00558 OWW JMD HC |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF |
| v. | ) ) | TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| DERRAL G. ADAMS, | ) ) | (DOCUMENT #19) |
| Respondents. | ) ) | THIRTY DAY DEADLINE |
| | ) | |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On January 9. 2009, Petitioner filed a motion to extend time to file objections to the findings and recommendation issued by the Magistrate Judge. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:    January 12, 2009**              /s/ John M. Dixon
                                          UNITED STATES MAGISTRATE JUDGE